UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY GRIFFITH & STACEY GUICHARD | CIVIL ACTION |
| VERSUS | NO: 11-245 C/W 11-535 |
| CITY OF NEW ORLEANS, ET AL. | SECTION: "A" (1) |

### ORDER AND REASONS
### [REF: All cases]

Before the Court are two motions to quash pertaining to Barbara Edin (Rec. Docs. 560 & 572), former Assistant and Special Counsel to the Judiciary Commission of Louisiana. Edin and defendant David Bell have moved to quash a subpoena served on Edin by Plaintiffs. Plaintiffs seek to have Edin testify in support of their claims at the November 3, 2014 trial.

On March 5, 2012, Plaintiffs attempted to depose Edin and the assigned magistrate judge quashed the notice on motion of Edin and the Judiciary Commission of Louisiana (Rec. Docs. 159 & 179). The notice was quashed for the reasons presented by movers, which included that "the deposition of Ms. Edin would not add relevant facts . . ." and "the relevant facts of Plaintiffs' contacts with the Commission and what documents they furnished the Commission have been established and any questioning of Ms. Edin further would encroach upon privileged information under Supreme Court Rule 23." (Rec. Doc. 159-4 at 3);(Rec. Doc. 179).

1

That ruling was issued when the former district judge was presiding over the case and Plaintiffs never sought review of the decision. The subpoenas that Plaintiffs issued to Edin to appear at the trial of this matter were issued in direct contravention of the extant order regarding Edin.

Accordingly;

**IT IS ORDERED** that the **Motions to Quash the Subpoena Issued to Barbara Edin (Rec. Docs. 560 & 572)** are **GRANTED**;

**IT IS FURTHER ORDERED** that the **Motions to Expedite (Rec. Docs. 561 & 573)** are **DENIED** as moot.

October 28, 2014

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE